```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, D.C. Bar #446153
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  ATTORNEY FOR DEFENDANT
    ZACHARY JENSON
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:06-cr-0035-MCE |
|---|---|---|
|             Plaintiff, | ) | **SUBSTITUTION OF ATTORNEY;** |
|        v. | ) | **ORDER** |
| ZACHARY JENSON, | ) | |
|             Defendant. | ) | |

It is respectfully requested that LEXI NEGIN, Assistant Federal Defender, be relieved as attorney of record in the above captioned case and that, CHRISTOPHER HAYDEN-MYER, Attorney at Law, 717 K Street, Suite #231, Sacramento, California 95814; telephone number (916) 622-1703, be appointed.

```
                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    Respectfully submitted,


       2/2/06                       /s/ Lexi Negin
DATED: _____           _____
                                    LEXI NEGIN
                                    Assistant Federal Defender
/ / /
/ / /
```

1        I consent to the substitution.

3   DATED:   2/2/06                    /s/ Zachary Jenson
4                                      ZACHARY JENSON
                                       Defendant

7   DATED:   2/2/06                    /s/ Christopher Hayden-Myer
8                                      CHRISTOPHER HAYDEN-MYER
                                       Attorney at Law

                                O R D E R

        IT IS SO ORDERED.

DATED: February 23, 2006

                                       _____
                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE

2