```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Zachary Jenson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | NO. 2:06-cr-0035 MCE |
| )     Plaintiff,              ) | **SUBSTITUTION OF ATTORNEY; ORDER** |
| )        v.                   ) | |
| ZACHARY JENSON,                    ) | |
| )     Defendant.              ) | |
| _____ ) | |

It is respectfully requested that Christoper Hayden-Myer be relieved as attorney of record and that Shari Rusk, Attorney at Law, 1710 Broadway, # 111, Sacramento, Calfornia, 95818, telephone number (916) 804-8656, be substituted in as retained counsel in the above-entitled case.

                                          Respectfully submitted,

Dated: April 3, 2006         <u>Shari Rusk</u>
                                       /s/ Shari Rusk
                                       Attorney for Defendant
                                       Zachary Jenson

```
                                        Christopher Hayden-Myer
I accept the substitution.              /S/CHRISTOPHER HAYDEN-MYER
                                        ATTORNEY AT LAW


Dated: April 3, 2006


I consent to the substitution.          Zachary Jenson
                                        /s/Zachary Jenson
                                        Defendant

Dated: April 3, 2006
```

**ORDER**

IT IS SO ORDERED.

Dated: April 7, 2006

```
                         _____
                         MORRISON C. ENGLAND, JR
                         UNITED STATES DISTRICT JUDGE
```

2