MARK J. REICHEL, Bar #155034
Attorney At Law
655 University Ave., Suite 215
Sacramento, California  95825
Telephone: (916) 974-7033
mreichel@donaldhellerlaw.com

Attorney for Defendant
ERIC MCDAVID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              )<br>        Plaintiff,   )<br>              )<br>        v.   )<br>              )<br>              )<br>ERIC MCDAVID, et al.,   )<br>              )<br>        Defendants.   )<br>              )<br>              ) | NO. 2:06-cr-0035-MCE<br><br>**AMENDED STIPULATION AND ORDER ON FILING OF DISPOSITIVE PRETRIAL MOTIONS**<br><br>DATE: October 3, 2006<br>TIME: 8:30 a.m.<br>JUDGE: HON. MORRISON C. ENGLAND |

_____

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, R. STEVEN LAPHAM, Assistant United States Attorney, ELLEN V. ENDREZZI, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Assistant Federal Defender, attorney for defendant McDavid, SHARI RUSK, Esq., attorney for defendant Jenson, as follows: that the present date for the filing of defense pretrial dispositive motions shall be re calendared for August 15, 2006, the government's opposition pleadings shall be filed on September 5, 2006, and the defense reply September 15, 2006, with a hearing date of October 3, 2006 at 8:30 a.m.

This continuance is requested as all defense counsel need adequate time to prepare for the filing of motions. Defense counsel will also speak with potential witnesses, review discovery, in preparation and investigation of the case.  Additional

1 legal research also needs to be performed and defense counsel may have to obtain
2 and review pertinent records.
3    Accordingly, all counsel and defendants agree that time under the Speedy
4 Trial Act from the date this stipulation is lodged, through August 15, 2006, and
5 through the date for the hearing, October 3, 2006, should be excluded in computing
6 the time within which trial must commence under the Speedy Trial Act, pursuant to
7 Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code e regarding
8 time exclusion while motions are pending before the court.

10 DATED: July 12, 2006.          Respectfully submitted,

12                                  /s/ MARK J. REICHEL
                                   MARK J. REICHEL
                                   Attorney for Defendant

14                                  /s/MARK J. REICHEL for
                                   SHARI RUSK, ESQ
15                                 Attorney for Defendant

16                                 McGREGOR W.  SCOTT
                                   United States Attorney

18 DATED: July 12, 2006.           /s/MARK J. REICHEL for:
                                   R. STEVEN LAPHAM
                                   Assistant U.S. Attorney
19                                 Attorney for Plaintiff

2

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code T2.

DATED: July 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE