1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   ELLEN V. ENDRIZZI
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2724
5





FILED

JUL 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )    No CR. S 06-0035 MCE
                                )
10            Plaintiff,          )    VIOLATION: 18 U.S.C.
                                )    § 371 - Conspiracy
11       v.                      )
                                )
12  ZACHARY JENSON,              )
                                )
13            Defendant.         )
   _____)
14

15       S U P E R S E D I N G   I N F O R M A T I O N

16       The United States Attorney charges:    T H A T

17                      ZACHARY JENSON

18  defendant herein, from in or about August 2005 through on or about

19  January 13, 2006, in Placer County, in the State and Eastern

20  District of California, and elsewhere, did knowingly and

21  intentionally agree, combine and conspire with others known and

22  unknown to the Grand Jury, to maliciously damage and destroy, and

23  attempt to do so, by means of fire and an explosive, (1) a

24  building, and personal and real property of the United States

25  Forest Service, United States Department of Agriculture; (2) a

26  building, and personal and real property of an institution and

27  organization receiving financial assistance from the United States

28  Bureau of Reclamation, United States Department of the Interior;

                                1

and (3) personal and real property used in interstate commerce and in an activity affecting interstate commerce, specifically, cellular telephone towers and electric power stations, in violation of 18 U.S.C. §§ 844(f) and (i);

In furtherance of the conspiracy and to effect the objectives thereof, the defendant and others performed the following overt acts:

a.   During the weekend of November 18-20, 2005, the defendant met with others at a residence in Foresthill, California and conducted a planning meeting and identified targets to be destroyed by fire and an explosive;

b.   Between approximately November 18, 2005 and December 8, 2005, co-defendant Lauren Weiner procured the book, Poor Man's James Bond, which contains instructions for creating explosive devices;

c.   On January 10, 2006, the defendant and others visited the Nimbus Dam and Nimbus Fish Hatchery and, later that day, visited the United States Forest Service Institute of Forest Genetics to perform reconnaissance on those prospective targets for destruction and damage by fire and an explosive.

d.   On January 11, 2006, the defendant and others traveled to a store in Sacramento to purchase ingredients necessary for the creation of an explosive device, including, but not limited to, three bottles of bleach, a hot-plate, glassware, a gasoline can, a car battery, and three jars of petroleum jelly.

e.   On January 12, 2006, the co-defendants WEINER and McDAVID measured and heated bleach on a hot-plate at a rented

1 | residence in Dutch Flat, California, in order to create crystals
2 | necessary for an explosive device.
3 |       All in violation of Title 18, United States Code, Section
4 | 371.
5 | DATED: July 18, 2006
6 |                                        McGREGOR W. SCOTT
                                           United States Attorney
7 |
8 |                               By: _____
                                       R.  STEVEN  LAPHAM
9 |                                    ELLEN V.  ENDRIZZI
                                       Assistant U.S. Attorneys
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3