Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br><br>Zachary Jenson,<br>Defendant. | Case No. 2:06-cr-0035 MCE<br><br>DATE: July 19, 2006<br>TIME: 8:30 a.m.<br>COURT: Hon. Morrison C. England, Jr.<br><br>Stipulation and Proposed Order Re: Defendant's Release on Conditions Pending Sentencing |

Zachary Jenson pled guilty on July 18, 2006 to one count of Conspiracy in violation of 18 U.S.C. § 371. Mr. Jenson's guilty plea is a changed circumstance from the time the government opposed his release on conditions. The maximum potential penalty Mr. Jenson faces is five years. Pre-trial services has recommended that Mr. Jenson be released to live with his father, John Jenson, in Seattle, Washington. Mr. Jenson's mother will post her mutual fund as secured collateral and a family friend will post his stock portfolio, for a total posting of approximately $50,000. As part of his conditions of release Mr. Jenson will be on electronic monitoring, and he will

have mandatory counseling, a no drug or alcohol condition and no internet access.

The government has reviewed pre-trial services proposed conditions and does not oppose his release under these terms and conditions. The parties ask that the Court sign the attached release order allowing Mr. Jenson to remain in the third party custody of his father pending sentencing in this matter.

Dated: July 20, 2006

Respectfully submitted,

_/s/ Shari Rusk______
Shari Rusk
Attorney for Defendant
Zachary Jenson

Dated: July 20, 2006

/s/ R. Steven Lapham
R. Steven Lapham
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that Zachary Jenson be released on the and conditions required by pre-trial services from time to time.

Dated: July 20, 2006

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE