Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>      Plaintiff,<br>   vs.<br>Zachary Jenson,<br>      Defendant | ) Case No. 2:06-cr-0035-MCE<br>)<br>) Hon. Morrison C. England, Jr.<br>)<br>) Stipulation and Order Re:<br>) Modification of Defendant's<br>) Release Conditions<br>)<br>)<br>) |

   Zachary Jenson pled guilty on July 18, 2006 to one count of Conspiracy in violation of 18 U.S.C. § 371.  Mr. Jenson was released on conditions in July of 2006.  Mr. Jenson has been out of custody for approximately eight months.  Mr. Jenson has observed all rules and regulations set by pre-trial services. Mr. Jenson has been on home confinement without permission to work.  At this time, pre-trial services in Seattle, where Mr. Jenson lives, and pre-trial services in Sacramento, are in agreement that it would be reasonable for Mr. Jenson to seek

employment.  The government has no objection to Mr. Jenson seeking to be gainfully employed.  Any employment sought by Mr. Jenson will be subject to the prior approval of pre-trial services and Mr. Jenson may not be employed or associated with any ELF related organization.  Therefore the parties request that this Court sign the attached order allowing a modification of conditions so that Mr. Jenson may seek and maintain employment, subject to approval by pre-trial services and under the direction and guidance of pre-trial services.

Dated: January 22, 2007               Respectfully submitted,


                                      _/s/ Shari Rusk_____
                                      Shari Rusk
                                      Attorney for Defendant
                                      Zachary Jenson


Dated: January 22, 2007                /s/ Steve Lapham
                                      Steve Lapham
                                      Assistant United States
                                       Attorney


**ORDER**

   It is so ordered that Zachary Jenson be permitted to work while on pre-trial release.

DATED: January 29, 2007

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE