Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　Plaintiff,<br>　vs.<br>Zachary Jenson,<br>　　　Defendant | ) Case No. 2:06-cr-00035-MCE<br>)<br>) Hon. Morrison C. England, Jr.<br>)<br>) Stipulation and Order Re:<br>) Modification of Defendant's<br>) Release Conditions<br>)<br>)<br>) |

　　　Zachary Jenson pled guilty on July 18, 2006 to one count of Conspiracy in violation of 18 U.S.C. § 371.  Mr. Jenson was released on conditions in July of 2006.  Mr. Jenson has been out of custody for approximately ten months.  Mr. Jenson has observed all rules and regulations set by pre-trial services. Mr. Jenson has been on home confinement without permission to use a computer.  Mr. Jenson is an avid writer.  The government and pre-trial services have no objection to Mr. Jenson's request that he be allowed to use a computer without any internet

access. Mr. Jenson's non-internet computer use will at all times be subject to the supervision of pre-trial services. The government has no objection to Mr. Jenson's computer use without internet access. Therefore the parties request that this Court sign the attached order allowing a modification of conditions so that Mr. Jenson may use a non-internet connected computer, subject to approval by pre-trial services and under the direction and guidance of pre-trial services.

Dated: April 17, 2007                   Respectfully submitted,

                                              _/s/ Shari Rusk_____
                                              Shari Rusk
                                              Attorney for Defendant
                                              Zachary Jenson

Dated: April 17, 2007           _/s/ Ellen Endrizzi
                                         Ellen Endrizzi
                                         Assistant United States
                                          Attorney

**ORDER**

    It is so ordered that Zachary Jenson be permitted to use a computer with no internet access while on pre-trial release.

DATED: May 2, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE