Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　　vs.<br><br>Zachary Jenson,<br>　　　　Defendant | ) Case No. 2:06-cr-00035-MCE<br>)<br>) Hon. Morrison C. England, Jr.<br>)<br>) Stipulation and Order Re:<br>) Modification of Defendant's<br>))Release Conditions<br>)<br>) |

　　　Zachary Jenson pled guilty on July 18, 2006 to one count of

Conspiracy in violation of 18 U.S.C. § 371.  Mr. Jenson was released

on conditions in July of 2006.  Mr. Jenson has been out of custody for

approximately seventeen months.  During this period of time, Mr.

Jenson has observed all rules and regulations set by pre-trial

services.  Mr. Jenson has therefore proved to be a cooperative

individual who consistently, and without fail, abided by all

conditions of pre-trial release.

///

///

///

///

///

///

1

1

2    Mr. Jenson has been on home confinement, with electronic

3  monitoring, and has earned certain privileges, with the approval of

4  pre-trial services, such as computer use and the permission to seek

5  employment.  In light of Mr. Jenson's cooperation and overall

6  willingness to abide by all conditions of release, it would be

7  reasonable to modify his restrictive conditions to allow Zachary

8  Jenson to exercise greater freedoms.

9    Since Mr. Jenson poses no danger to anyone or anything and is not

10  a flight risk, the parties request that this Court sign the attached

11  order allowing a modification of conditions so that Mr. Jenson's pre-

12  trial condition of home confinement with electronic monitoring be

13  terminated, as well as his curfew being lifted.  The parties have

14  conferred with pre-trial services both here and in Seattle and pre-

15  trial approves of these modifications. The government has no objection

16  to this request.

17  Dated: December 7, 2007            Respectfully submitted,

18

19                                     _/s/ Shari Rusk_____
                                       Shari Rusk
20                                     Attorney for Defendant
                                       Zachary Jenson
21

22  Dated: December 7, 2007            _/s/ Ellen Endrizzi
                                       Ellen Endrizzi
23                                     Assistant United States
                                       Attorney
24

25  ///

26  ///

27  ///

28  ///

2

**ORDER**

It is so ordered that the condition of home confinement, with electronic monitoring and curfew, to which Zachary Jenson is subject to, be terminated.

Dated: December 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3