Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>    vs.<br><br>Zachary Jenson,<br>        Defendant | ) Case No. 2:06-cr-00035-MCE<br>)<br>) DATE:  April 3, 2008<br>) TIME:  8:30 a.m.<br>) COURT: Hon. Morrison C. England,<br>) Jr.<br>)<br>) Stipulation and Order To<br>) Continue Judgment & Sentencing<br>) |

Zachary Jenson is currently scheduled to be sentenced on February 7, 2008.  The parties agree and stipulate that Mr. Jenson's sentencing should be moved to April 3, 2008 and that date is available with the Court.

Dated: January 14, 2008                    Respectfully submitted,


                                            _/s/ Shari Rusk_____
                                            Shari Rusk
                                            Attorney for Defendant
                                            Zachary Jenson


Dated: January 14, 2008                     /s/ Ellen Endrizzi
                                            Ellen Endrizzi
                                            Assistant United States
                                            Attorney

1

--1--

**ORDER**

It is so ordered that Zachary Jenson be set for judgment and sentencing on April 3, 2008.

Dated: January 15, 2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE