```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　Plaintiff,<br>　　vs.<br><br>Zachary Jenson,<br>　　　Defendant | ) Case No. 2:06-cr-00035-MCE<br>)<br>)<br>) Stipulation and Order Re:<br>) Defendant's Release on<br>) Conditions<br>))<br>)<br>) |

　　　Zachary Jenson pled guilty on July 18, 2006 to one count of Conspiracy in violation of 18 U.S.C. § 371. Mr. Jenson is currently on pre-trial release.  The parties agree and stipulate to the following condition:

　　Mr. Jenson's travel is restricted to the Western District of Washington (where he currently resides) and the Eastern District of California (where his case is pending), without the prior approval of Pretrial Services.

Dated: January 14, 2008　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　_/s/ Shari Rusk_____
　　　　　　　　　　　　　　　　　　　　Shari Rusk
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Zachary Jenson

Dated: January 14, 2008                /s/ Ellen Endrizzi
                                       Ellen Endrizzi
                                       Assistant United States
                                         Attorney

### ORDER

It is so ordered that Zachary Jenson's travel be restricted to the Western District of Washington and the Eastern District of California, unless otherwise approved by Pre-trial Services.

Dated: January 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE