```
Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,   ) | Case No. CR.S. 06-0035 MCE |
|     Plaintiff,   ) | |
|   vs.   ) | DATE:  September 25, 2008 |
| ) | TIME:  8:30 a.m. |
| Zachary Jenson,   ) | COURT: Hon. Morrison C. England, |
|     Defendant   ) | Jr. |
| ) | |
| ) | Stipulation and Order To |
| ) | Continue Judgment & Sentencing |
| ) | |

    Zachary Jenson is currently scheduled to be sentenced on August 7, 2008.  The parties agree and stipulate that Mr. Jenson's sentencing should be moved to September 25, 2008 and that date is available with the Court.

    The parties request the following schedule:

        Informal Objections:     September 4, 2008

        Final PSR Disclosed:     September 11, 2008

        Sentencing Memorandums:  September 18, 2008

        Judgment & Sentencing:   September 25, 2008

Dated: July 24, 2008                    Respectfully submitted,

                                                                      _/s/ Shari Rusk_____

```
                                    Shari Rusk
                                    Attorney for Defendant
                                    Zachary Jenson


Dated: July 24, 2008            /s/ Ellen Endrizzi
                                    Ellen Endrizzi
                                    Assistant United States
                                    Attorney
```

**ORDER**

It is so ordered that Zachary Jenson be set for judgment and sentencing on September 25, 2008.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE