Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. CR.S. 06-0035 MCE |
|     Plaintiff, | ) |
|   vs. | ) DATE:  October 16, 2008 |
| | ) TIME:  9:00 a.m. |
| Zachary Jenson, | ) COURT: Hon. Morrison C. England, Jr. |
|     Defendant | ) |
| | ) Stipulation and Order To |
| | ) Continue Judgment & Sentencing |

Zachary Jenson is currently scheduled to be sentenced on September 25, 2008.  The parties agree and stipulate that Mr. Jenson's sentencing should be moved to October 16, 2008 if that date is available with the Court.

The parties request the following schedule:

    Informal Objections:     September 25, 2008

    Final PSR Disclosed:     October 2, 2008

    Sentencing Memorandums:  October 9, 2008

    Judgment & Sentencing:   October 16, 2008

///

///

1

--1--

```
Dated: September 11, 2008           Respectfully submitted,


                                    _/s/ Shari Rusk_____
                                    Shari Rusk
                                    Attorney for Defendant
                                    Zachary Jenson


Dated: September 11, 2008            /s/ Ellen Endrizzi
                                    Ellen Endrizzi
                                    Assistant United States
                                    Attorney
```

**ORDER**

It is so ordered that Zachary Jenson be set for judgment and sentencing on October 16, 2008.

DATED: September 12, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE