Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. CR.S. 06-00035 MCE |
|     Plaintiff, | ) |
|   vs. | ) DATE:  December 4, 2008 |
| | ) TIME:   9:00 a.m. |
| Zachary Jenson, | ) COURT: Hon. Morrison C. England, |
|     Defendant | ) Jr. |
| | ) |
| | ) Stipulation and Order To |
| | ) Continue Judgment & Sentencing |
| | ) |

    Zachary Jenson is currently scheduled to be sentenced on November 20, 2008.  The parties agree and stipulate that Mr. Jenson's sentencing should be moved to December 4, 2008 if that date is available with the Court.

    The parties request the following schedule:

        Sentencing Memorandums:  November 27, 2008

        Judgment & Sentencing:   December 4, 2008

///

///

///

///

```
Dated: November 11, 2008           Respectfully submitted,


                                   _/s/ Shari Rusk_____
                                   Shari Rusk
                                   Attorney for Defendant
                                   Zachary Jenson


Dated: November 11, 2008            /s/ Ellen Endrizzi
                                    Ellen Endrizzi
                                    Assistant United States
                                    Attorney
```

### ORDER

It is so ordered that Zachary Jenson be set for judgment and sentencing on December 4, 2008.

DATED: November 14, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE