Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States,<br><br>        Plaintiff,<br><br>    vs.<br><br>Zachary Jenson,<br><br>        Defendant. | ) Case No.: CR.S. 06-035 MCE<br>)<br>) MOTION TO EXONERATE BOND<br>)<br>)<br>)<br>)<br>)<br>) |

Zachary Jenson was sentenced to time served in the above-captioned matter. Mr. Jenson's case is now closed. His mother, Valerie Barton, posted her property 3230 Oneida Ct, Murfreesboro, TN 37128. Defendant hereby moves that bond be exonerated on the property. Defendant further moves that bond be exonerated on stocks posted on his behalf in the amount of $40,000, by Thaddeus C. Pritchett, 6614 136th Place, SW, Edmonds, WA 98026, 425-741-0484.

DATE:  February 4, 2009

                                    Respectfully submitted,

                                    __/s/ Shari Rusk
                                    Shari Rusk
                                    Attorney for Defendant
                                    Zachary Jenson

**ORDER**

It is so ordered.
DATED: February 9, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com